**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
DIVISION OF COLUMBIA
CIVIL ACTION NO.: 3:17-cv-1658-JMC**

| | |
|---|---|
| OHio CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>LIFEGUARD FIRE PROTECTION, INC., CAREY M. SMITH, MELBA D. SMITH, JAMIE PATTERSON, and KIM PATTERSON,<br><br>        Defendants, | **CONSENT ORDER AMENDING COLLATERAL SECURITY ORDER AND ORDER OF PAYMENT** |

WHEREAS, having resolved all claims between them through negotiated settlement, the parties have requested that the Court enter this Consent Order Amending Collateral Security Order and Order of Payment. Based upon the consent of the parties, as indicated by the parties' signature to this Consent Order Amending Collateral Security Order and Order of Payment ("Final Consent Order"), and the Court's review of the file, the Court enters the following Orders:

1. The Consent Order Concerning Collateral Security entered by the Court on September 12, 2017 (Document No. 36), is amended as follows:

    a. In regard to the Sentinel Security Life Insurance Company Annuity Contract Number 012-08-005970, the Defendants cashed said Annuity Contract and delivered $318,756.18 to the Trust Account of Shumaker, Loop & Kendrick, LLP, to be held as collateral security. As part of the resolution of this case, Shumaker,

-1-

-2-

  Loop & Kendrick, LLP is authorized to release the sum of $318,756.18 to Ohio Casualty Insurance Company.

 b. Any remaining requirements of the Defendants concerning the Consent Order Concerning Collateral Security are replaced by this Final Consent Order.

2. The parties have agreed in settlement of this case that the Defendants shall pay $500,000.00 to Plaintiff in full settlement of all pending claims. In addition to the payment of the $318,756.18 mentioned above, Defendants will pay to Ohio Casualty Insurance Company the sum of $100,000.00 by January 27, 2018.

3. The remainder of the settlement amount due Ohio Casualty Insurance Company from the Defendants is $81,243.82. This will be paid by the Defendants on or before August 31, 2018.

4. This Final Consent Order is an order for specific performance covered under Rule 70 of the Federal Rules of Civil Procedure. Failure of the Defendants to abide by this Final Consent Order and make the payments required herein will result in the Court using its inherent powers and those granted by Rule 70 of the Federal Rules of Civil Procedure to enforce this Order.

**SO ORDERED**, this the 1st day of February, 2018.

s/J. Michelle Childs
J. MICHELE CHILDS
United States District Court Judge

The parties consent to the entry of this Consent Order Amending Collateral Security Order and Order of Payment:

**OHIO CASUALTY INSURANCE COMPANY:**

By: s/ Megan M. Stacy
Megan M. Stacy, SC Bar No. 102120
Shumaker, Loop & Kendrick, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC  28280-0002
Telephone:  (704) 375-0057
Facsimile:  (704) 332-1197
mstacy@slk-law.com
*Attorney for Plaintiff*

and

s/ William H. Sturges
William H. Sturges, NC Bar No.8524
*Admitted Pro Hac Vice*
Shumaker, Loop & Kendrick, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC  28280-0002
Telephone:  (704) 375-0057
Facsimile:  (704) 332-1197
wsturges@slk-law.com
*Attorney for Plaintiff*

**LIFEGUARD FIRE PROTECTION, INC.,
CAREY M. SMITH, MELBA D. SMITH,
JAMIE PATTERSON, and KIM PATTERSON:**

By: /s/ Frank Smith
Frank Smith, Esq.
Richardson Plowden
1900 Barnwell Street
Columbia, South Carolina 29201
E-Mail:  fsmith@richardsonplowden.com

and

/s/ Daniel T. Brailsford
Daniel T. Brailsford, Esq.

-3-

-4-

        72 Rocky Cove Road
        Lexington, South Carolina 29072
        E-Mail: danieltbrailsford@gmail.com
        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of **CONSENT ORDER AMENDING COLLATERAL SECURITY ORDER AND ORDER OF PAYMENT** was filed with the Court's ECF filing system which will automatically generate and send a Notice of Electronic Filing (NEF) to all Filing Users associated with this case as follows:

>Franklin J. Smith, Jr., Esq.
>Richardson, Plowden & Robinson, P.A.
>1900 Barnwell St.
>Columbia, SC 29201
>fsmith@richardsonplowden.com
>
>*-and-*
>
>Daniel T. Brailsford, Esq.
>72 Rocky Cove Rd.
>Lexington, SC 29072
>danieltbrailsford@gmail.com
>
>*Attorneys for Defendants*

This the ___ day of January, 2018.

>s/ Megan M. Stacy
>Megan M. Stacy, SC Bar No. 102120
>Shumaker, Loop & Kendrick, LLP
>101 S. Tryon Street, Suite 2200
>Charlotte, NC  28280-0002
>Telephone:  (704) 375-0057
>Facsimile:  (704) 332-1197
>mstacy@slk-law.com
>*Attorney for Plaintiff*
>
>s/ William H. Sturges
>William H. Sturges, NC Bar No. 8524
>*Admitted Pro Hac Vice*
>Shumaker, Loop & Kendrick, LLP
>101 S. Tryon Street, Suite 2200
>Charlotte, NC  28280-0002
>Telephone:  (704) 375-0057
>Facsimile:  (704) 332-1197
>wsturges@slk-law.com
>*Attorney for Plaintiff*